# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **BOBBY MITCHELL** | **CIVIL ACTION NO. 18-0438** |
| | **SECTION P** |
| **VERSUS** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **CALDWELL PARISH DETENTION CENTER, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Bobby Mitchell's Complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims upon which relief can be granted.

MONROE, LOUISIANA, this 18TH day of June, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE